AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Jeffrey Baver and Mary Baver

V.

William K. Haas

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-11530 NG

TO: (Name and address of Defendant)

William K. Haas
1581 Ten Rod Road
Exeter, Rhode Island

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter A. Brown
D'Ambrosio Law Offices
C-1 Shipway Place
Boston, MA 02129

FILED
WASHINGTON COUNTY
SHERIFF'S OFFICE
DATE: 7-21-05
NUMBER: 3020

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

A. THORNTON                                                JUL 20 2005

CLERK                                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7/28/05 |
| NAME OF SERVER (PRINT) Charles Nelle | TITLE Deputy Sheriff |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 1581 Ten Rod Rd. Exeter, RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 60.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-28-05
　　　　　　　Date

Signature of Server

4800 Tower Hill Rd.
Wakefield, RI 02879
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.