UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFREY BAUER and
MARY BAUER,

    Plaintiffs,

v.

WILLIAM K. HAAS,

    Defendant.

Civil Action No. 05-11530-NG

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) the parties hereby stipulate to a voluntary dismissal in the above-entitled action with prejudice and without costs assessed to any party.

Plaintiffs,
By Their Attorneys,

_/s/ Peter_
Gerry D'Ambrosio, B.B.O. #564199
Peter A. Brown, B.B.O. #654805
D'Ambrosio Law Offices
C-1 Shipway Place
Boston, MA 02129
T: 617-720-5657
F: 617-723-4967

Defendant,
By His Attorney,

_George Brush /s_
George Brush, B.B.O. # 641137
Law Offices of George Brush
459 State Road
West Tisbury, MA 02575
T: 508-693-7733
F: 508-693-7778

Dated: October 28, 2005